UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

KARI TAYLOR                                          CIVIL ACTION

VERSUS                                              NUMBER: 14-0573

CAROLYN W. COLVIN,                                  SECTION: "C"(5)
ACTING COMMISSIONER OF SOCIAL
SECURITY ADMINISTRATION

### ORDER

The Court, having considered the motions, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of Plaintiff to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that Plaintiff's motion for summary judgment is denied and that Defendant's motion for summary judgment is granted.

New Orleans, Louisiana, this 5th day of June, 2015.

HELEN G. BERRIGAN
UNITED STATES DISTRICT JUDGE